**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | Case No. 3:13-bk-04103-JAF |
| **ABERDEEN LAND II, LLC,** | Chapter 11 |
|     **Debtor.** | |
| _____/ | |

**ORDER DENYING AS MOOT MOTION BY BBX CAPITAL ASSET MANAGEMENT, LLC FOR AN ORDER CONVERTING CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE AND CANCELLING HEARING SCHEDULED FOR MARCH 30, 2015 AT 3:00 P.M.**

**THIS CASE** came before the Court on **February 19, 2015 at 11:00 a.m.** (the "Hearing") upon the *Debtor's Motion For Entry Of Order (I) Approving Global Settlement And Compromise Contained in Master Purchase, Sale And Settlement Agreement Between Aberdeen Land II, LLC, D.R. Horton, Inc.- Jacksonville, D.R. Horton, Inc., CRVII Florida CDD Bonds, LLC, BBX Capital Asset Management, LLC and Aberdeen Lend, LLC; (II) Authorizing and Approving the Sale of Substantially All Of the Debtor's Property to D.R. Horton, Inc. – Jacksonville Free And Clear Of Certain Liens, Claims And Encumbrances; (III) Dismissing Chapter 11 Case, and (IV) Granting Related Relief* (the "Motion")[ECF No.277]. Based upon the Court's entry of the Order (i) approving the global settlement and compromise contained in that certain Master Purchase, Sale and Settlement Agreement, dated December 19, 2014; (ii) authorizing and approving the sale of substantially all of the Debtor's Property; (iii) dismissing the Chapter 11 Case, and (iv) granting related relief, the relief requested in the *Motion by BBX Capital Asset Management, LLC for and Order Converting Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code* [ECF No. 222] (the "Conversion Motion") is moot. Accordingly, it is:

**ORDERED**, as follows:

1.    The Motion is **DENIED**, as moot pursuant to the terms of the *Order Granting Debtor's Motion for Entry of Order (I) Approving Global Settlement and Compromise Contained in Master Purchase, Sale and Settlement Agreement Between Aberdeen Land II, LLC, D.R. Horton, Inc.- Jacksonville, D.R. Horton, Inc., CRVII Florida CDD Bonds, LLC, BBX Capital Asset Management, LLC and Aberdeen Lend, LLC; (II) Authorizing and Approving the Sale of Substantially All of the Debtor's Property to D.R. Horton, Inc.- Jacksonville Free and Clear of Certain Liens, Claims and Encumbrances; (III) Dismissing Chapter 11 Case, and (IV) Granting Related Relief* [ECF No. 286].

2.    The denial of the Conversion Motion is without prejudice to BBX's right to refile in the event that the transactions contemplated in the Global Settlement are not consummated by the Parties.

3.    The hearing on the Conversion Motion currently scheduled for March 30, 2015 at 3:00 p.m. is hereby cancelled.

DONE and ORDERED in Jacksonville, Florida, this 9th day of March, 2015

_____
**JERRY A. FUNK**
**UNITED STATES BANKRUPTCY JUDGE**

**Copies To:**
Mariaelena Gayo-Guitian, Esq.
Mrs. Gayo-Guitian is directed to serve copies of this Order on all parties in interest and file a proof of services within 3 days of entry of the order.