**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Case No. 3:13-bk-04103-JAF** |
| **ABERDEEN LAND II, LLC,** | **Chapter 11** |
| Debtor. | |
| _____/ | |

**PROOF OF SERVICE**

**I HEREBY CERTIFY** that a copy of the following:

1. *Order Denying as Moot Joint Motion for Relief from Automatic Stay and Cancelling Hearing Scheduled for March 30, 2015 at 3:00 p.m. [ECF No. 294];*

2. *Order Denying as Moot Motion by BBX Capital Asset Management, LLC for an Order Converting Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code and Cancelling Hearing Scheduling for March 30, 2015 at 3:00 p.m. [ECF No. 295];*

3. *Order Denying as Moot Motion by BBX Capital Asset Management, LLC for an Order Converting Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code and Cancelling Hearing Scheduled for March 30, 2015 at 3:00 p.m. [ECF No. 295]; and,*

4. *Order Granting (I) Debtor's Motion for Voluntary Dismissal of Chapter 11 Case [ECF No. 224] and (II) Joinder in Debtor's Motion for Voluntary Dismissal of Chapter 11 Case by the CDD and U.S. Bank as Indenture Trustee, and Objection to Motion by BBX Capital Management, LLC for an Order Converting Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code and Cancelling Hearing Scheduled for March 30, 2015 at 3:00 p.m. [ECF No. 297]*

was served via CM/ECF Notification and U.S. Mail to all parties on the attached service list on

the 10th day of March, 2015.

Dated this 9th day of March, 2015.

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Attorneys for Debtor-in-Possession*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By:     /s/ Mariaelena Gayo-Guitian
       Paul J. Battista, Esq.
       Florida Bar No. 884162
       pbattista@gjb-law.com
       Mariaelena Gayo-Guitian, Esq.
       Fla. Bar No.  0813818
       mguitian@gjb-law.com

## SERVICE LIST

Paul J Battista on behalf of Accountant Kapila & Company
pbattista@gjb-law.com, gjbecf@gjb-law.com

Paul J Battista on behalf of Consultant Fishkind & Associates, Inc.
pbattista@gjb-law.com, gjbecf@gjb-law.com

Paul J Battista on behalf of Debtor Aberdeen Land II, LLC
pbattista@gjb-law.com, gjbecf@gjb-law.com

Paul J Battista on behalf of Spec. Counsel Leigh Kellett Fletcher
pbattista@gjb-law.com, gjbecf@gjb-law.com

Michael S Budwick on behalf of Creditor BBX Capital Asset Management, LLC
mbudwick@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Michael C Eckert on behalf of Creditor Aberdeen Community Development District
michaele@hgslaw.com

Zala L Forizs on behalf of Creditor TC Tampa 1, LLC
zala@mcintyrefirm.com, sue@mcintyrefirm.com

Mariaelena Gayo-Guitian on behalf of Debtor Aberdeen Land II, LLC
mguitian@gjb-law.com, chopkins@gjb-law.com;cesser@gjb-law.com;vlambdin@gjb-law.com

Eric S Golden on behalf of Creditor U.S. Bank National Association as Trustee under that certain Master Trust Indenture dated as of October 1, 2005 by and between Aberdeen Community Development District and the Trustee
egolden@burr.com, greid@burr.com;jmorgan@burr.com;ahutchinson@burr.com

Jordi Guso on behalf of Interested Party Aberdeen Lend, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Douglas M Smith on behalf of Creditor Aberdeen Community Development District
dougs@hgslaw.com, melanieg@hgslaw.com

Miriam G Suarez on behalf of U.S. Trustee United States Trustee - JAX 11
Miriam.G.Suarez@usdoj.gov

J. Ellsworth Summers, Jr. on behalf of Creditor D.R. Horton, Inc.
jes@rtlaw.com, sgs@rtlaw.com

Jonathan Sykes on behalf of Creditor Aberdeen Community Development District
jsykes@burr.com, ccrumrine@burr.com;lisaacs@burr.com

Jonathan Sykes on behalf of Creditor U.S. Bank National Association as Trustee under that certain Master Trust Indenture dated as of October 1, 2005 by and between Aberdeen Community Development District and the Trustee
jsykes@burr.com, ccrumrine@burr.com;lisaacs@burr.com

United States Trustee - JAX 11
USTP.Region21.OR.ECF@usdoj.gov

***Served Via U.S. Mail:***

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:13-bk-04103-JAF<br>Middle District of Florida<br>Jacksonville<br>Mon Mar  9 16:55:05 EDT 2015 | Aberdeen Community Development District<br>c/o Hopping Green & Sams, PA<br>119 S. Monroe Street, Suite 300<br>Tallahassee, FL 32301-1591 | Aberdeen Land II, LLC<br>301 Congress Avenue, Suite 500<br>Austin, TX 78701-3046 |
| Aberdeen Lend, LLC<br>301 Congress Avenue<br>Suite 1100<br>Austin, TX 78701-2958 | BBX Capital Asset Management, LLC<br>c/o Michael S. Budwick, Esq.<br>Meland Russin Budwick, P.A.<br>200 S. Biscayne Boulevard<br>Suite 3200<br>Miami, FL 33131-5323 | D.R. Horton, Inc.<br>c/o J. Ellsworth Summers, Jr., Esq.<br>Rogers Towers, P.A.<br>1301 Riverplace Blvd., #1500<br>Jacksonville, FL 32207-9020 |
| Fishkind & Associates, Inc.<br>c/o Henry H. Fishkind,PH.D<br>12051 Corporate Blvd.<br>Orlando, Fl 32817-1450 | Kapila & Company<br>c/o Soneet Kapila<br>1000 South Federal Hwy, Ste 200<br>Fort Lauderdale, FL 33316-1237 | U.S. Bank National Association as Trustee un<br>c/o Eric S. Golden, Esq.<br>Burr & Forman LLP<br>200 S. Orange Ave.<br>#800<br>Orlando, FL 32801-6404 |
| Aberdeen Community Development District<br>14785 Old St. Augustine Rd.<br>Jacksonville, FL 32258-2496 | Aberdeen Community Development District<br>c/o James Oliver, Secretary and District<br>Governmental Management Services<br>475 West Town Place, Suite 114<br>St. Augustine, FL 32092-3649 | Aberdeen Community Development District<br>c/o Michael C. Eckert<br>Hopping Green & Sams, P.A.<br>119 S. Monroe Street, Suite 300<br>Tallahassee, Florida 32301-1591 |
| Aberdeen Land I, LLC<br>301 Congress Ave<br>Ste 500<br>Austin, TX 78701-3046 | Aberdeen Lend LLC<br>c/o Jordi Guso, Esq.<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131-3453 | Aberdeen Lend, LLC<br>301 Congress Ave<br>Ste 500<br>Austin, TX 78701-3046 |
| Aberdeen Portfolio, LLC<br>301 Congress Ave<br>Suite 500<br>Austin, TX 78701-3046 | Armbrust & Brown<br>100 Congress Ave<br>Ste 1300<br>Austin, TX 78701-2744 | BBX Capital Asset Management<br>401 E. Las Olas Blvd<br>Ste 800<br>Fort Lauderdale, FL 33301-4284 |
| BBX Capital Asset Management, LLC<br>c/o Michael S. Budwick, Esq.<br>Meland Russin & Budwick, P.A.<br>200 S. Biscayne Boulevard, Suite 3200<br>Miami, FL 33131-5323 | Callahan Timber Company, Inc.<br>POB 4349<br>Carol Stream, IL 60197-4349 | Cherokee Cove II, LLC<br>6482 SW 80 Ave<br>Trenton, FL 32693-6470 |
| D.R. Horton, Inc.<br>Rogers Towers, P.A.<br>c/o J. Ellsworth Summers, Jr., Esq.<br>1301 Riverplace Blvd., Suite 1500<br>Jacksonville, FL 32207-9020 | Donald E. Lohman<br>1651 Woodmere Dr<br>Jacksonville, FL 32210-2231 | ERP Sourcing, LLC<br>1781 Bayside Blvd<br>Saint Johns, FL 32259-9030 |
| England-Thims & Miller<br>14775 Old St. Augustine Rd.<br>Jacksonville, FL 32258-2463 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Internal Revenue Service Special Procedu<br>7850 Sw 6th Ct<br>Plantation, FL 33324-3210 | Ivo G. Wahler<br>1045 Mangrove Ln<br>Alameda, CA 94502-7009 | R&M Tax Liens<br>11071 Marin St<br>Miami, FL 33156-4227 |

RLP Ventures
3030 Hartkley Rd.
Ste 300
Jacksonville, FL 32257-8211

Ryan Wheeler
265 Montery Ave
Saint Augustine, FL 32084-2548

SJCTC II, LLP
816 A1A North
Ste 201
Ponte Vedra Beach, FL 32082


Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

St. Johns County Tax Collector
Dennis W. Hollingswo
Post Office Box 9001
Saint Augustine FL 32085-9001


St. Johns County Taxes
Dennis W. Hollingsworth, CFC
4030 Lewis Speedway
Saint Augustine, FL 32084-8687

State Of Florida Department Of Revenue
Po Box 6668
Tallahassee, FL 32314-6668

Stearns Weaver Miller
150 W Flagler St
Ste 200
Miami, FL 33130-1557


(p)TC TAMPA 1 LLC
514 N FRANKLIN ST
SUITE 106
TAMPA FL 33602-4801

TC Tampa I, LLC
609 E. Jacksonville St
Ste 200
Tampa, FL 33602

U.S. Bank, N.A.
c/o Eric S. Golden, Esq.
Burr & Forman LLP
200 S. Orange Ave. #800
Orlando, FL 32801-6404


U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

United States Trustee - JAX 11
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210


Wells Fargo Bank, NA,
as Trustee for Tax Liens
Securitization Trust 2010-1
P.O. Box 741307
Atlanta, GA 30384-0001

Wells Fargo OBO Tax Liens
Securitization Trust, 2010-R
POB 741307
Atlanta, GA 30384-0001

William T. Woodward
838 Fruit Cove Rd
Saint Johns, FL 32259-2851


Leigh Kellett Fletcher
Kellerhals Ferguson Fletcher Kroblin
501 East Kennedy Blvd., Suite 802
Tampa, FL 33602-5201

Mariaelena Gayo-Guitian
Genovese Joblove & Battista, PA
200 East Broward Blvd. Suite 1110
Fort Lauderdale, FL 33301-3535

Paul J Battista
Genovese Joblove & Battista PA
100 Southeast 2nd Street
44th Floor
Miami, FL 33131-2100


Soneet R. Kapila
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316-1237


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Securities And Exchange Commission
3475 Lenox Road N.E. # 1000
Atlanta, GA 30326-1232

TC Tampa 1, LLC
PO Box 3167
Tampa, FL 33601

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)TC Tampa 1, LLC | (d)U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | (u)Paul M. Glenn |

End of Label Matrix
Mailable recipients    51
Bypassed recipients     3
Total                  54